```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```

FILED
DEC 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: | 1:08 SW 00290 SMS |
| --- | --- | --- |
| Plaintiff, | | 1:08 SW 00291 SMS |
| | | 1:08 SW 00292 SMS |
| v. | | 1:08 SW 00293 SMS |
| | | 1:08 SW 00294 SMS |
| 4539 N. BRAWLEY AVE., SUITE 102 & 103, FRESNO, CALIFORNIA 93722 | | 1:08 SW 00295 SMS |
| | | 1:08 SW 00296 SMS |
| | | 1:08 SW 00297 SMS |
| 801 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | ORDER UNSEALING SEARCH WARRANTS | |
| 1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340 | | |
| 727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | | |
| 1343 LUKE DRIVE, MERCED, CALIFORNIA 95340 | | |
| 725 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | | |
| 4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356 | | |
| 4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356 | | |
| Defendants. | | |

The Search Warrants, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

1  IT IS HEREBY ORDERED that the Search Warrants be unsealed and
2  made public record.

6  DATED: 12/17/08

   _____
   United States Magistrate Judge